# Exhibit "2"

| 81ST CONGRESS 2d Session | HOUSE OF REPRESENTATIVES | REPORT No. 3047 |
| --- | --- | --- |

# AMENDING THE CIVIL AERONAUTICS ACT OF 1938 BY PROVIDING FOR THE DELEGATION OF CERTAIN AUTHORITY OF THE SECRETARY OF COMMERCE AND THE ADMINISTRATOR OF CIVIL AERONAUTICS

SEPTEMBER 5, 1950.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

Mr. BECKWORTH, from the Committee on Interstate and Foreign Commerce, submitted the following

# REPORT

[To accompany S. 450]

The Committee on Interstate and Foreign Commerce, to whom was referred the bill (S. 450) to amend the Civil Aeronautics Act of 1938, as amended, by providing for the delegation of certain authority of the Administrator, and for other purposes, having considered the same, report favorably thereon with amendments and recommend that the bill as amended do pass.

The amendments are as follows:

Strike out all after the enacting clause and insert the following:

That title III of the Civil Aeronautics Act of 1938, as amended, is amended by adding thereto a new section as follows:

## "DELEGATION OF POWERS AND DUTIES TO PRIVATE PERSONS

"SEC. 310. (a) In exercising and performing the powers and duties vested in him by this Act, the Secretary may, subject to such regulations, supervision, and review as he may prescribe, delegate to properly qualified private persons the function of performing any of such powers and duties respecting (1) the examination, inspection, and testing necessary to the issuance of certificates under title VI of this Act, and (2) the issuance of such certificates in accordance with standards established by the Secretary or the Civil Aeronautics Board. The Secretary may establish the maximum fees which such persons may charge for their services and may rescind any such delegation at any time and for any reason which he deems appropriate.

"(b) The Administrator may, subject to such regulations, supervision, and review as he may prescribe, delegate to properly qualified private persons and to any employee or employees under his supervision, any work, business, or function delegated to him by the Civil Aeronautics Board respecting (1) the examination, inspection, and testing necessary to the issuance of certificates under Title VI of this Act, and (2) the issuance of such certificates in accordance with standards established by the Civil Aeronautics Board. The Administrator may establish


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

2    AMENDING THE CIVIL AERONAUTICS ACT OF 1938

the maximum fees which such private persons may charge for their services and may rescind any delegation made by him pursuant to this subsection at any time and for any reason which he deems appropriate.

"(c) Any person affected by any action taken by any private person exercising delegated authority under this section may apply for reconsideration of such action by the Secretary or the Administrator, as the case may be. The Secretary upon his own initiative, with respect to authority granted under subsection (a), or the Administrator upon his own initiative, with respect to the authority granted under subsection (b), may reconsider the action of any private person either before or after it has become effective. If, upon reconsideration by the Secretary or the Administrator, it shall appear that the action in question is in any respect unjust or unwarranted, the Secretary or the Administrator shall reverse, change, or modify the same accordingly; otherwise such action shall be affirmed: *Provided,* That nothing in this subsection shall be construed as modifying, amending, or repealing any provisions of the Administrative Procedure Act."

Amend the title so as to read:

A bill to amend the Civil Aeronautics Act of 1938, as amended, by providing for the delegation of certain authority of the Secretary of Commerce and of the Administrator of Civil Aeronautics, and for other purposes.

### PURPOSE OF THE LEGISLATION

The purpose of the bill, as amended, is (1) to authorize the Secretary of Commerce to delegate to properly qualified private persons certain functions under the Civil Aeronautics Act, and (2) to authorize the Administrator of Civil Aeronautics to delegate to properly qualified private persons, and to any employee or employees under his supervision, certain functions delegated to him by the Civil Aeronautics Board. The functions which may be delegated in either case are those (1) respecting the examination, inspection, and testing necessary to the issuance of certificates under title VI (dealing with safety regulations) of the Civil Aeronautics Act, and (2) the issuance of such certificates in accordance with standards properly established. Authority is granted to each such official to establish maximum fees which private persons may charge for their services in the exercise of any such delegated authority, and to rescind any delegation so made at any time and for any reason deemed appropriate by the officer delegating the authority.

The bill further provides that persons affected by any action taken by a private person exercising delegated authority may apply to the Secretary or the Administrator, as the case may be, for reconsideration of such action. The Secretary and the Administrator, respectively, are authorized to reconsider any such action by a private person either before or after the action taken by the private person becomes effective. The Secretary and the Administrator, respectively, are also authorized to reverse, change, or modify the action taken by the private person. It is provided that nothing in the provision above described shall modify or amend the Administrative Procedure Act.

The Department of Commerce now has some 14,000 employees engaged in the operation of facilities and the inspection and control of the various phases of civil aviation throughout the United States, its Territories and in certain foreign countries. However, in addition thereto, in order to provide an efficient and economical program of administration, it is necessary that the Secretary be authorized to assign where possible certain of his functions to private persons.

The Secretary of Commerce has authority under section 601 of the Civil Aeronautics Act to accept examinations and reports of properly qualified private persons with regard to inspection, servicing, and overhaul of aircraft and accessories and may accept those reports in lieu of those made by officers or employees of the Department. Congress, in this manner, early recognized the desirability of delegating to private individuals certain of the safety functions relating to inspection. In recent years the Administrator of Civil Aeronautics has expanded the program of accepting inspections by private persons in order to conserve manpower and to implement other phases of the administration of safety regulations. This has been due to the tremendous increase in the number of pilots and aircraft in use since World War II and the resulting growth in need for safety inspection services. According to information furnished to the committee, the use of qualified private persons in lieu of regular CAA employees has made it unnecessary to employ approximately 10,000 Government personnel in carrying out the safety inspection program.

The private persons to whom the responsibility for certain inspections will be delegated will be under the direct supervision of the Civil Aeronautics Administration and their work will be constantly subject to review. It has been estimated that their designation will save the Government between four and five million dollars per year. The designation of these private persons will be made by the Secretary or the Administrator subject to safeguards for the protection of the public in that the Secretary and the Administrator are authorized to prescribe the standards which will be used by private persons in exercising their authority and by permitting the Secretary and the Administrator to terminate the authority whenever they deem it advisable.

### EXPLANATION OF COMMITTEE AMENDMENT

Since passage of this legislation by the Senate, Reorganization Plan No. 5 has become effective. That plan transfers all of the Administrator's authority under the Civil Aeronautics Act to the Secretary of Commerce. It further provides that the Secretary may delegate any of his authority to employees of the Department of Commerce. Therefore, the bill as passed by the Senate has been modified appropriately by eliminating any reference to delegation by the Secretary to employees of the Department of Commerce of any of the powers vested in him. Furthermore, "Secretary" has been substituted for "Administrator" in the proper places in order to bring the legislation into conformance with Reorganization Plan No. 5. The following letter from the Acting Secretary of Commerce with respect to H. R. 780, a bill on the same subject as the Senate bill here reported, further explains the need for the amendment made by the committee.

THE SECRETARY OF COMMERCE,
*Washington 25, September 1, 1950.*

Hon. ROBERT CROSSER,
    *Chairman, Committee on Interstate and Foreign Commerce,*
        *House of Representatives,*
            *Washington, D. C.*

DEAR MR. CHAIRMAN: This letter is with further reference to H. R. 780, a bill to amend the Civil Aeronautics Act of 1938, as amended, by providing for the delegation of certain authority of the Administrator of Civil Aeronautics, and for other purposes, now pending final consideration by your committee.

H. Repts., 81-2, vol. 7——67

4        AMENDING THE CIVIL AERONAUTICS ACT OF 1938

This legislation was introduced into the House of Representatives in January 1949, and this Department urged its enactment in a letter to your committee dated April 6, 1949. At that time it was contemplated that it would be necessary for the Administrator of Civil Aeronautics to have authority to delegate within limitations and in accordance with appropriate standards certain portions of his authority to the personnel within the Civil Aeronautics Administration. Since that time, however, Reorganization Plan V has become effective, transferring all the Administrator's authority under the Civil Aeronautics Act of 1938 to the Secretary of Commerce and providing that the Secretary may delegate any of his authority to employees within the Department. Since it is the opinion of this Department that upon the effective date of Reorganization Plan V no further authority is needed on behalf of the Secretary or the Administrator to delegate statutory functions under the act or functions delegated to the Administrator by the Civil Aeronautics Board to employees of the Department of Commerce, it is recommended that the section concerning the assignment of work, business or functions, to eligible employees of the Civil Aeronautics Administration be stricken from the bill.

There remains, however, a need for legislation to authorize the Secretary of Commerce and the Administrator to delegate within limitations and with appropriate safeguards certain portions of their respective authority to persons not employees of the United States. There has existed a considerable uncertainty concerning the authority of the Secretary and the Administrator to delegate the functions involved in the examination, inspection, and testing necessary to the issuance of safety certificates under title VI of the act. Where possible, in the interest of efficiency and economical administration, it is necessary that the Secretary be authorized to assign certain of his functions to private persons. Such delegation should, of course, be subject to the review of the Secretary or the Administrator under procedures set forth in the legislation.

Under section 601 of the act the Secretary has authority to accept examinations and reports of properly qualified persons with regard to inspection, servicing, and overhauling of aircraft and accessories and may accept such reports in lieu of those made by officers and employees of the Department. The Congress therein recognized the desirability of delegating to private individuals certain of the safety functions relating to inspection. In recent years the Administrator of Civil Aeronautics has expanded the program of accepting inspections by private persons in implementing other phases of the administration of safety regulations. The private persons who have been delegated responsibility for certain inspections are under the supervision of the Civil Aeronautics Administration and their work is constantly subject to review. It is estimated that their designation has saved the Government between four and five million dollars a year. Designations of private persons are subject to safeguards for the protection of the public in that the Secretary and the Administrator are authorized to prescribe standards which are used by private persons in exercising their authority and by permitting the Secretary and the Administrator to terminate such authority whenever it is deemed advisable.

Therefore, to clarify the authority of the Secretary and the Administrator to delegate the functions involved in the examination, inspection, and testing necessary to the issuance of safety certificates under title VI, it is recommended that H. R. 780 contain the authority for the delegation by the Secretary of powers and duties vested in him by the Civil Aeronautics Act of 1938 to private persons, and in addition, authorize the Administrator of Civil Aeronautics to delegate to private persons powers and duties delegated directly to him by the Civil Aeronautics Board, and provide that reconsideration of action taken by any private person exercising such delegated authority shall be available upon application by the person affected, or upon the initiative of the Secretary or the Administrator.

In view of the afore-mentioned, the Department of Commerce urges that H. R. 780 as originally introduced be amended to reflect the above recommendations and that so amended it be reported favorably by your committee for early enactment.

I am advised by the Bureau of the Budget that it has no objection to the above recommendations concerning H. R. 780.

            Sincerely yours,

                                THOMAS W. S. DAVIS,
                                *Acting Secretary of Commerce.*

## CHANGES IN EXISTING LAW

In compliance with paragraph 2a of Rule XIII of the Rules of the House of Representatives, changes in existing law made by the bill, as introduced, are shown as follows (existing law proposed to be omitted is enclosed in black brackets, new matter is printed in italics, existing law in which no change is proposed is shown in roman):

CIVIL AERONAUTICS ACT OF 1938

\*     \*     \*     \*     \*     \*     \*

TITLE III—POWERS AND DUTIES OF ADMINISTRATOR

\*     \*     \*     \*     \*     \*     \*

POWER TO CONDUCT HEARINGS AND INVESTIGATIONS

SEC. 309. In the conduct of any public hearings or investigations authorized by this Act or by the Federal Airport Act, the Administrator or any duly designated examiner shall have the same powers to take evidence, issue subpenas, take depositions, and compel testimony as are vested in members of the Board and its duly designated examiners by section 1004 of this Act. Actions of the Administrator or his examiners in such cases shall be governed by the procedures specified in section 1004, and be enforced in the manner provided therein.

*ASSIGNMENT OF WORK, BUSINESS, OR FUNCTIONS*

*Assignment to Employees*

*SEC. 1. (a) The Administrator may assign, subject to such regulations, supervision, and review as the Administrator may prescribe, any of his work, business, or functions under any provision of law (except functions vested in him under this section) and any function delegated to him by the Civil Aeronautics Board or the Secretary of Commerce, to any eligible employee or employees under his supervision for action thereon. The Administrator may at any time amend, modify, supplement, or rescind any such assignment. An employee shall be an eligible employee for purposes of this subsection if he is the Deputy Administrator, the general counsel, a service director, a division or section chief, an agent, or an employee having responsibilities of comparable importance.*

*Performance of Assignments*

*(b) Individuals to whom assignments are so made shall have authority to perform the work, business, or functions assigned to them under this section and for such purpose shall have the jurisdiction and powers conferred by this Act upon the Administrator, and be subject to the same duties and obligations. Except as otherwise provided in this section, any action of any such individual or individuals with respect to any matter assigned to him or them shall have the same force and effect and may be made, evidenced, and enforced in the same manner as if taken by the Administrator.*

*Reconsideration by Administrator*

*(c) Any person affected by any action taken by any such individual or individuals with respect to any matter assigned to him or them may apply for reconsideration by the Administrator of such action subject to such reasonable limitations as may be established by the Administrator and such application shall be passed upon by the Administrator. The Administrator, upon his own initiative, may reconsider the action of such person or persons either before or after it has become effective. If, upon reconsideration by the Administrator, it shall appear that the action in question is in any respect unjust or unwarranted, the Administrator shall reverse, change, or modify the same accordingly; otherwise the Administrator shall affirm such action: Provided, That nothing in this subsection shall be construed as modifying, amending, or repealing any provisions of the Administrative Procedure Act.*

6          AMENDING THE CIVIL AERONAUTICS ACT OF 1938

*DELEGATION OF POWERS AND DUTIES TO PRIVATE PERSONS*

SEC. 2. *In exercising and performing the powers and duties vested in him by this Act, the Administrator, subject to such regulations, supervision, and review as the Administrator may prescribe, delegate to properly qualified private persons the function of performing any of such powers and duties respecting (1) the examination, inspection, and testing necessary to the issuance of certificates under title VI of this Act, and (2) the issuance of such certificates in accordance with standards established by the Administrator or the Civil Aeronautics Board. The Administrator may establish the maximum fees which such private persons may charge for their services and he may rescind any such delegation at any time and for any reason which he deems appropriate.*